# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRIAN KIMBROUGH BENSON

VERSUS

L. LANE GRIGSBY

NO.   2020 CW 0226

**NOVEMBER 6, 2020**

In Re:   Brian Kimbrough Benson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 678140.

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DISMISSED.**   This writ application is dismissed pursuant to relator's motion advising that he no longer wishes to pursue his application and requesting that the application be dismissed. Pursuant to Rule 2-8.5 of the Uniform Rules of the Louisiana Courts of Appeal, relator must file a separate pleading with this court to dismiss the unlodged appeal.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT